UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG WARREN JACKSON,

    Petitioner,

v.                                            Case No. 3:20cv3628-MCR-MAF

MARK S. INCH, Secretary,
Department of Corrections,

    Respondent.
_____/

# O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). Petitioner's objections have been reviewed *de novo.* ECF No. 12. The Court has determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 2nd day of March 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**